**United States Bankruptcy Court**
**Northern District of Illinois**
**Eastern Division**

| | |
|---|---|
| IN RE:  Michelle Y. Powell )  | |
| ) | Chapter 13 |
| ) | |
| DEBTOR ) | Case No. 16-25353 |
| ) | |
| ) | Judge: Goldgar |

**To:**
Michelle Powell, 649 E. 50th St., 20E, Chicago, IL 60615

Trustee Stearns, 801 Warrenville Road, Suite 650 Lisle, IL 60532 (via electronic notice)

And see attached service list

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Friday, February 18, 2022 at 10:00 a.m., I will appear before the Honorable Judge Goldgar, or any judge sitting in that judge's place, and present the motion to Modify Plan and Extend Plan Payments, a copy of which is attached. This motion will be presented and heard electronically using Zoom for Government. No personal appearance in court is necessary or permitted.

To appear and be heard on the motion, you must do the following: To appear by video, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password. To appear by telephone, call Zoom for Government at 1-669-254-5252 or 1-646-828- 7666. Then enter the meeting ID and password.Meeting ID and password. The meeting ID for this hearing is **160 817 7512** and the password is **623389**. The meeting ID and password can also be found on the judge's page on the court's web site.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

By: **/s/ Joseph P Doyle**
Joseph P. Doyle, Attorney for debtor

**Certification**

CERTIFICATE OF SERVICE I, Joseph P. Doyle, certify under penalty of perjury under the laws of the United States of America that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on February 16, 2022 at 4:30 p.m.

By: **/s/Joseph P. Doyle**
Attorney for debtor

**Attorney for the Debtor**
**Prepared By : Joseph P. Doyle**
**Law Offices of Joseph P. Doyle**
**105 S. Roselle Road, Suite 203**
**Schaumburg, IL 60193**
**(Ph): 847-985-1100 (Fax) 847-985-1126**

## SERVICE LIST

**Registrants Served Via Electronic**

Patrick S. Layng, United States Trustee
219 South Dearborn Street, Suite 873
Chicago, IL 60604

Trustee Glenn Stearns
801 Warrenville Road St.
Suite 650
Lisle, IL 60532

Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601

Capital One Auto Finance
P.O. BOX 201347
ARLINGTON, TX 76006

Capital One Auto Finance c/o AIS Portfolio Services, LP
P.O. BOX 4360
Houston, TX 77210-4360

Capital One Auto Finance c/o AIS Portfolio Services, LP f/k/a AIS Data Services
d/b/a/ Ascension Capital Group
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Lakeview Loan Servicing, LLC
425 Phillips Boulevard
Ewing, NJ 08618

NCEP LLC
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

McCalla Raymer Pierce, LLC
1 N Dearborn Street
Suite 1200
Chicago, IL 60602

**Parties Served Via First Class Mail**

| | | |
|---|---|---|
| Account Receivable Management<br>155 Mid Atlantic Parkway<br>Thorofare, NJ 08086 | Advanced Endodontics<br>103 S. Greenleaf, Suite K<br>Gurnee, IL 60031 | American Home Shield<br>P.O. Box 849<br>Carroll, IA 51401 |
| Ar Resources Inc<br>1777 Sentry Pkwy W<br>Blue Bell, PA 19422 | Asset Acceptance, LLC<br>PO Box 2036<br>Warren, MI 48090 | Associate Area Counsel, SB/SE<br>200 W. Adams, Suite 2300<br>Chicago, IL 60606-5208 |
| Atlas Acquisitions LLC<br>294 Union Street<br>Hackensack, NJ 07601 | Avenue/WFNNB<br>PO Box 659584<br>San Antonio, TX 78265-9584 | Bank Of America<br>Nc4-105-03-14<br>Po Box 26012<br>Greensboro, NC 27410 |
| Caine & Weiner<br>Po Box 5010<br>Woodland Hills, CA 91365 | Capital One<br>P.O. Box 85520<br>Richmond, VA 23285 | Capital One Auto Finance<br>Attn: Bankruptcy Dept<br>Po Box 30258<br>Salt Lake City, UT 84130 |
| Chase<br>800 Brooksedge Blvd.<br>Westerville, OH 43081 | Chase Bank<br>National Bank by Mail<br>PO Box 36520<br>Louisville, KY 40233-6520 | Chase Receivables<br>1247 Browadway<br>Sonoma, CA 95476 |
| Choice Recovery Inc<br>1550 Old Henderson Rd Ste 100<br>Columus, OH 43220 | Citibank<br>P.O. Box 6077<br>Sioux Falls, SD 57117-6077 | City of Waukegan<br>Attn: Bankruptcy Dept.<br>106 N. Martin Luther King Jr. Ave<br>Waukegan, IL 60085 |
| Consumer Co-Op Credit Union<br>P.O. Box 9119<br>Waukegan, IL 60079 | D. Patrick Mullarkey Tax Division<br>P.O. Box 55<br>Ben Franklin Station<br>Washington, DC 20044 | Fed Loan Servicing<br>Po Box 60610<br>Harrisburg, PA 17106 |
| Fedloan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106 | First Premier Bank<br>601 S. Minnesota Avenue<br>Sioux Falls, SD 57104 | Fisher & Shapiro<br>2121 Waukegan<br>Suite 301<br>Deerfield, IL 60015 |

| | | |
|---|---|---|
| FMS, Inc.<br>PO Box 707600<br>Tulsa, OK 74170-7600 | Global Receivables S<br>2703 N Highway 75<br>Sherman, TX 75090 | Guaranty Bank<br>25 Turner Ave<br>Suite 101<br>Elk Grove Village, IL 60007 |
| Guaranty Financial Group<br>1300 S. Mopac Expwy<br>Austin, TX 78746 | Home Choice<br>1511 N. Lewis Avenue<br>Waukegan, IL 60085 | HSBC Bank<br>P.O. Box 5253<br>Carol Stream, IL 60197 |
| IDES<br>Benefits Repayments<br>P.O. Box 6996<br>Chicago, IL 60680-3012 | IDES<br>Benefits Repayments<br>PO Box 19286<br>Springfield, IL 62794 | Illinois Department of Revenue<br>P. O. Box 64338<br>Chicago, IL 60664-0338 |
| Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S. Dearborn Street<br>Chicago, IL 60604 | IRS<br>PO Box 7317<br>Philadelphia, PA 19101-7317 | Keynote Consulting<br>220 W Campus Dr<br>#102<br>Arlington Heights, IL 60004 |
| Leading Edge Recovery Solutions<br>P. O. Box 505<br>Linden, MI 48451-0505 | Liberty University<br>P.O. Box 10425<br>Lynchburg, VA 24506 | LVNV Funding LLC<br>P.O. Box 10497<br>Greenville, SC 29603 |
| M & T Bank<br>Po Box 844<br>Buffalo, NY 14240 | MCM<br>8875 Aero Dr.<br>Suite 200<br>San Diego, CA 92123 | Med Business Bureau<br>1460 Renaissance Dr<br>Suite 400<br>Park Ridge, IL 60068 |
| Midland Funding, LLC<br>8875 Aero Dr. Ste 200<br>San Diego, CA 92123 | NCO Financial Systems<br>507 Prudential Road<br>Horsham, PA 19044 | Nelnet Loans<br>Nelnet Claims<br>Po Box 82505<br>Lincoln, NE 68501 |
| Nelson, Watson, & Associates<br>80 Merrimack Street<br>Lower Level<br>Haverhill, MA 01830 | PennCredit<br>946 S 14th St<br>PO Box 988<br>Harrisburg, PA 17108 | PORTFOLIO RECOVERY ASSOC<br>120 CORPORATE BLVD, STE 100<br>Norfolk, VA 23502 |
| Premier Bankcard/Charter<br>PO Box 2208<br>Vacaville, CA 95696 | Professional Bureau of Collections<br>PO Box 628<br>Elk Grove, CA 95759-0628 | RAC Acceptance<br>P.O. Box 5609<br>Greenville, TX 75403 |

Receivable Management Services
4836 Brecksville Road
Richfield, OH 44286

Redline Recovery Services
P.O. Box 1022
Fort Mill, SC 29716-1022

RGS Collections
3333 Earhart Drive, Suite 150
Carrollton, TX 75006

Spiegel
P.O. Box 9204
Old Bethpage, NY 11804

Sprint/Bankruptcy
PO Box 7949
Overland Park, KS 66207-0949

State of Wisconsin
2135 Rimrock Road
P.O. Box 8906
Madison, WI 53708-8906

Sunrise Credit Services
260 Airport Plaza
Farmingdale, NY 11735-3946

Transwolrd systems
2235 Mercury way, Suite 275
Santa Rosa, CA 95407-5413

United Debt Holdings
P.O. Box 5609
Greenville, TX 75403-5909

United States Attorney
219 S. Dearborn Street
Chicago, IL 60604

Victoria Secret/WFNNB
P.O. Box 182125
Columbus, OH 43218-2125

Vista Medical Center
PO Box 504316
Saint Louis, MO 63150-4316

Walmart
PO Box 530939
Atlanta, GA 30353-0939

Waste Management
2625 W. Grandview Road, Suite 150
Phoenix, AZ 85023

Weltman, Weinberg & Reis
323 W. Lakeside Avenue, Suite 200
Cleveland, OH 44113

West Asset Management
P.O. Box 2548
Sherman, TX 75091-2548

Williams & Fudge, Inc
775 Addison Avenue
Rock Hill, SC 29731

Windham Professionals
382 Main Street
Salem, NH 03079

World Financial Network
PO Box 182125
Columbus, OH 43218