UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Michelle Y. Powell<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  16-25353<br><br>Chapter: 13<br>Honorable A. Benjamin Goldgar<br>Lake County |

**ORDER GRANTING MOTION TO MODIFY PLAN**

THIS CASE COMING ON TO BE HEARD on the debtor's motion to modify plan, due notice having been given, and the court being fully advised, IT IS HEREBY ORDERED:

The motion is granted.  The monthly plan payment is reduced to $259.00 per month, and the plan term is extended to 84 months.  The plan base remains the same.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  March 11, 2022

**Prepared by:**

Attorney for the Debtor_____
Prepared By : Joseph P. Doyle
Law Offices of Joseph P. Doyle
105 S. Roselle Road, Suite 203
Schaumburg, IL 60193
(Ph): 847-985-1100 (Fax)  847-985-1126